THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Collins
 Burbage, Appellant,
 v.
 Angela Lynn
 Ramsey, Thomas M. Ramsey, Kate Elizabeth Benton, Delores M. Garrett,
 individually and as Personal Representative for the Estate of Arthur F.
 Burbage, AGSouth Farm Cedit, ACA, Beneficial Mortgage Co. of South Carolina
 and Palmetto Farm Credit ACA, Defendants,
 of Whom Angela
 Lynn Ramsey and Thomas M. Ramsey are the Respondents.
 
 
 

Appeal From Berkeley County
 Robert E. Watson, Master-in-Equity

Unpublished Opinion No.  2009-UP-152
 Submitted February 2, 2009  Filed March
30, 2009  

AFFIRMED

 
 
 
 Christopher David Lizzi, of North Charleston, and Thomas C.
 Nelson, of Mount Pleasant, for Appellant.
 John J. Dodds, of Mount Pleasant, for Respondents.
 
 
 

PER CURIAM:  Collins
 Burbage appeals the master-in-equity's
 dismissal of his complaint and cancellation of the lis pendens having to do with a piece of property he inherited along with his siblings.  Burbage asserts the master erred in finding he had
 no legal basis under his breach of contract claim to recover damages against
 Angela and Thomas Ramsey.  We affirm pursuant to Rule 220(b)(2), SCACR, and the following authorities:  Electro
 Lab of Aiken, Inc. v. Sharp Constr. Co. of Sumter, Inc., 357 S.C. 363,
 367, 593 S.E.2d 170, 172 (Ct. App. 2004) (holding an action for breach of contract
 seeking damages is an action at law); Sea Cabins on
 the Ocean IV Homeowners Ass'n, Inc. v. City of North Myrtle Beach, 337 S.C.
 380, 388, 523 S.E.2d 193, 197 (Ct. App. 1999) (stating in an action at
 law, an appellate court must affirm a master's factual findings unless no
 evidence reasonably supporting those findings); Parks v. Lyons, 219 S.C.
 40, 48, 64 S.E.2d 123, 126 (1951) ("It is an elementary principle that one
 who seeks to recover damages for the breach of a contract, to which he was a
 party, must show that the contract has been performed on his part, or at least
 that he was at the appropriate time able, ready and willing so to perform it."); Futch v. McAllister Towing of Georgetown, Inc., 335 S.C. 598, 613, 518
 S.E.2d 591, 598 (1999) (ruling an appellate court need not review remaining issues
 when its determination of a prior issue is dispositive of
 the appeal).
AFFIRMED.
HEARN,
 C.J., and SHORT, J., and KONDUROS, J., concur.